UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 14 2017
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. **4:17CR00599 HEA/NCC** |
| ) | |
| MICHAEL SMITH,  ) | |
| ) | |
| Defendant.  ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 8, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL SMITH,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about November 8, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL SMITH,**

the Defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectible amount of heroin and acryl fentanyl, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## **COUNT THREE**

The Grand Jury further charges that:

On or about November 8, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL SMITH,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute a mixture or substance containing a detectible amount of heroin and acryl fentanyl as charged in Count Two.

In violation of Title 18, United States Code, Section 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
LINDA R. LANE, # 0011451IA
Assistant United States Attorney